**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **INDICTMENT NO.: 4:19-CR-0114** |
| | ) | |
| **VODIE N. BELL, JR.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

The application of D. CAMPBELL BOWMAN, JR. for the periods of November 27-29, 2019, December 22-27, 2019, January 17-20, 2020. having been received, read and considered,

IT IS HEREBY ORDERED that said attorney is hereby granted a leave of absence for the periods of November 27-29, 2019, December 22-27, 2019, January 17-20, 2020, in the above case.

SO ORDERED this 25th day of November, 2019.

Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia