# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) INDICTMENT NO.: 4:19-CR-0114 |
| | ) |
| VODIE N. BELL, JR., | ) |
| | ) |
|     Defendant. | ) |

## ORDER

The application of D. CAMPBELL BOWMAN, JR. for the periods of February 28, 2020 to March 16, 2020, having been received, read and considered,

IT IS HEREBY ORDERED that said attorney is hereby granted a leave of absence for the periods of February 28, 2020 to March 16, 2020, in the above case.

    SO ORDERED this __14th__ day of January, 2020.

                                           _____
                                           Christopher L. Ray
                                           United States Magistrate Judge
                                           Southern District of Georgia